**No. 59527.**—M. Modlin & Son *v.* United States, protest 839528–G (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of moufflons the same in all material respects as those the subject of Abstract 57768, the claim for free entry under paragraph 1681 was sustained.

**No. 59528.**—Traders, Inc., and W. J. Byrnes & Co. of N. Y., Inc. *v.* United States, protests 272054–K, etc. (New York).

Opinion by WILSON, J. It was stipulated that the items marked "A" consist of kidskin plates the same in all material respects as those the subject of *Kung Chen Fur Corpn.* v. *United States* (29 Cust. Ct. 266, C. D. 1480) and that the items marked "B" consist of lambskin plates similar to those the subject of *A. S. Gold & Bro., Inc.* v. *United States* (33 Cust. Ct. 120, C. D. 1643). Accepting this stipulation as a statement of fact and following the cited decisions, the claim for free entry under paragraph 1681 was sustained.

MOLLISON, J., dissented for the reasons set forth in his dissenting opinions in C. D. 1480 and C. D. 1643, *supra*.

**No. 59529.**—Fairfield Wool Co., Inc. *v.* United States, protest 176458–K (Bridgeport).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of waste sheepskin scrap similar in all material respects to that the subject of *Fairfield Wool Co., Inc.* v. *United States* (33 Cust. Ct. 199, C. D. 1653), the claim of the plaintiff was sustained.